# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEODIS RANDLE,**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg. # 25064-009

v.　　　　　　　　　　CASE NO. 4:20-CV-01392-BSM

**BUREAU OF PRISONS,** *et al.*　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. Leodis Randle's petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE