# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEODIS RANDLE,**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg. # 25064-009

v.　　　　　　　　CASE NO. 4:20-CV-01392-BSM

**BUREAU OF PRISONS,** *et al.*　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE